AO 187 (Rev. 7/87) Exhibit and Witness List

FILED

## United States District Court

DISTRICT OF CT

USA v. Carter

2005 JAN -7 P 2: 13

U.S. DISTRICT COURT
NEW HAVEN, CT

EXHIBIT AND WITNESS LIST

CASE NUMBER: 04cr174(EBB)

| | PRESIDING JUDGE Ellen Burns | PLAINTIFF'S ATTORNEY Danaher/Stone | | DEFENDANT'S ATTORNEY Pattis | |
|---|---|---|---|---|---|
| | TRIAL DATE(S) 1/7/05 - Suppression Hrg | COURT REPORTER I. Sanchez | | COURTROOM DEPUTY M. Ruocco | |

| Gvt. PLT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1/7/05 | | | Christopher McKee - Windsor, CT |
| | M | 1/7/05 | ✓ | ID | Protective Order |
| | J | 1/7/05 | ✓ | ✓ | Carters License Information |
| | L | 1/7/05 | ✓ | ✓ | Application for Warrant |
| | C | 1/7/05 | ✓ | ✓ | Brochure from Ford Motor Co. of Expedition |
| | K | 1/7/05 | ✓ | ✓ | Police doc. re: towing policy |