USA vs Kevin Carter

Case # 3:04CR174(EBB)

Gov't Exhibit List

United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/8 20 05
Kevin F. Rowe, Clerk
Deputy Clerk

| Exhibit # | Exhibit Description | Witness | Full Exhibit | Id Exhibit |
|---|---|---|---|---|
| 1 | Crime Scene Photograph | Jean Zell | 1/12/05 | |
| 2A | Ruger SP101 .38 Special Caliber serial #570-12200 | Michael Turgeon, Vito Sagbay, Detective Scott McGregor | F. 1/13/05 | 1/12/05 |
| 2B | Gun Case | Detective Scott McGregor | 1/13/05 | |
| 3 | Bank One Visa Card #4266 - Michael Turgeon | Michael Turgeon | 1/12/05 | |
| 4 | Farmington Savings Bank ATM Card #5808 - Michael Turgeon | Michael Turgeon | 1/12/05 | |
| 5 | MBNA Mastercard #5490 - Michael Turgeon | Michael Turgeon | 1/12/05 | |
| 6 | Chase Mastercard #5483 - Kristin Turgeon | Michael Turgeon | 1/12/05 | |
| 7 | Michael Turgeon business card | Michael Turgeon | 1/12/05 | |
| 8 | Dean M. Rottermond, Rottermond Jewelers & Gemologists business card | Michael Turgeon | 1/12/05 | |
| 9 | Card listing accounts with "Kristin" written on it | Michael Turgeon | 1/12/05 | |
| 10A | Clock | Michel Turgeon, Detective Tim Casey (Avon) | 1/12/05 | |
| 10B | Photographs of clock | Michael Turgeon | 1/12/05 | |
| 11 A-D | Four Harstan's bags recovered from car | Michael Turgeon, Detective Tim Casey (Avon) | 1/12/05 | |
| 12 | Fleet Visa Card #4236 - Vito Sagbay | Vito Sagbay | 1/12/05 | |

1/12/05
EBB

| Exhibit # | Exhibit Description | Witness | Full Exhibit | Id Exhibit |
|---|---|---|---|---|
| 13 | Citibank Banking Card #5081 - Lenin Sagbay | Vito Sagbay | 1/12/05 | |
| 14 | First Union bank deposit slip for Luz Patricia Suarez | Vito Sagbay | 1/12/05 | |
| 15 | Inventory List of items stolen | Richard A. McGarvey | | |
| 16A | Bank of Western Massachusetts Videotape | Deb Levin | 1/12/05 | |
| 16B | Clipped, digitized version of 16A | Peter Smith | 1/12/05 | |
| 17a | Bank of Western Massachusetts Transaction Record | Darlene Lemnah | 1/14/05 | |
| 17b | ~~Bank~~ Redacted version of 17a | " " | | 1/12/05 |
| 18A-B | Photograph of Carter residence | Detective Moylan | 1/12/05 | |
| 19 | Navy Blue Timberland baseball style hat | Detective Rich Aniolowski | 1/13/05 | |
| 20 | 10 Rounds of Federal .38 Special ammunition | Detective McGregor | 1/13/05 | |
| 21 | Certificate re: Origin of gun (1p) | James Hartman | | |
| 22 | ~~Candy~~ Buyers Business Card | Whomever found ticket Gary Kakorev; Tim Casey | 1/13/05 | |
| 23 | Prison Phone call (6EOD1012) | Charles Devorce | | |
| 23T | Prison phone call transcript (6EOD1012) | Charles Devorce | | |
| 24 | Paper with Sarah's cell phone number | Charles Devorce | 1/14/05 | |
| 25A | Sprint Business Records | Eric Tyrell, Sprint Wireless Representative | | |

| Exhibit # | Exhibit Description | Witness | Full Exhibit | Id Exhibit |
|---|---|---|---|---|
| 25B | Comcast Business Records | Michael Gosline, Comcast Representative | | |
| 26A | Four Fleet Bank statements concerning Vito Sagbay's Visa card usage | Jean McGrann | 1/13/05 | |
| 26C | Fleet Bank Card Holder Maintenance 3/21/03 | Jean McGrann | 1/13/05 | |
| 26D | Fleet Bank Customer Profile | Jean McGrann | | 1/13/05 |
| 26E | Fleet Bank Customer Profile Redacted | Jean McGrann | 1/13/05 | |
| 27A | Farmington Savings Bank statement concerning Michael Turgeon's card usage (1p) | Eric Schwab | 1/13/05 | |
| 27B | Farmington Savings Bank authorization log concerning Michael Turgeon's card usage (1p) | Eric Schwab | 1/13/05 | |
| 27C | Farmington Savings Bank cancelled check from Michael Turgeon account (1p) | Eric Schwab | 1/13/05 | |
| 28A | MBNA statement concerning Michael Turgeon's card usage (5pp) | Terry Fitzgerald | 1/13/05 | |
| 29A | Chase statement concerning Kristin Turgeon's card usage (4 pp) | Vincent Diamond | 1/13/05 | |
| 30A | Bank One statement concerning Michael Turgeon's Visa card usage (8 pp) | Dyan Henn | 1/13/05 | |
| 30B | Bank One authorization log concerning Michael Turgeon's Visa card usage (1 p) | Dyan Henn | 1/13/05 | |

| Exhibit # | Exhibit Description | Witness | Full Exhibit | Id Exhibit |
|---|---|---|---|---|
| 30C | Bank One cancelled check from Michael Turgeon account (1 p) | Dyan Henn | 1/13/05 | |
| 31A | Citibank statement concerning Lenin Sagbay's Visa card usage (3pp) | Mario Hernandez | 1/14/05 | |
| 32A-U | FBI Photographs | Peter A. Smith | 1/14/05 | |
| 33A | FBI Videotape - Hat Comparison | Peter A. Smith | 1/14/05 | |
| 33B | FBI Videotape - Reverse Projection | Peter A. Smith | 1/14/05 | |
| 33C | FBI - Trial Charts | Peter A. Smith | 1/14/05 | |
| 33D-F | Comparison Hats | ~~Peter A. Smith~~ | 1/13/05 | 1/13/05 |
| 34 | Mortgage File for Sarah Carter (282 pp) | Karen Giusto / Margaret Stecko | | 1/13/05 |
| 34A | Originator Loan Production Sheet | Karen Giusto / Margaret Stecko | | 1/13/05 |
| 34B | 8/4/99 Letter from Kevin Carter | Karen Giusto / Margaret Stecko | | 1/13/05 |
| 34C | 1997 Carter Tax Return | Karen Giusto / Margaret Stecko | 1/13/05 | |
| 34D | 1998 Carter Tax Return | Karen Giusto / Margaret Stecko | 1/13/05 | |
| 35A | Savings Account Records for Kevin Carter (31 pp) | Mary Ann Aversano | 1/14/05 | |
| 35B | Inner-City Development Webster Bank Account | Mary Ann Aversano | | 1/14/05 |

33H Notes of Peter Smith — Smith 1/14/05
33G Chart w/ comparisons - TBL — Smith 1/14/05

| Exhibit # | Exhibit Description | Witness | Full Exhibit | Id Exhibit |
|---|---|---|---|---|
| 36A | Mohegan Sun Patron Rating Detail | Henry Graffeo | 1/14/05 | |
| 36B | Mohegan Sun Player Rating Form | Henry Graffeo | 1/14/05 | |
| 36C | lifetime win/loss | Graffeo | 1/14/05 | |
| 37 | Foxwoods Casino Documents | Joe Perry | 1/14/05 | |
| 38 | Connecticut/Massachusetts Map | | 1/13/05 | |
| 38A | Map depicting West Hartford to Springfield route | Christopher McKee | 1/13/05 | |
| 38B | Map depicting Springfield to Casino route | Christopher McKee | 1/13/05 | |
| 39A | Document of Paramount Headwear regarding Timberland Hat | Marty Tiefenbrunn | 1/13/05 | 1/12/05 |
| 39B | Document of Paramount Headwear regarding Timberland Hat with "TBL" numbers | Marty Tiefenbrunn | 1/13/05 | 1/12/05 |
| 40A | Windsor Police Department Incident Report 4/29/03 | Christopher McKee | | |
| 40B | Windsor Police Department Incident Report 6/4/03 | Christopher McKee | | |
| 40C | Windsor Police Department Incident Report 6/4/03 | Scott McGregor / Christopher McKee | 1/13/05 | |
| 41 | Kevin Carter Passport seized by Windsor Police Department | Scott McGregor | 1/13/05 | |
| 42A | DOL Documents regarding Social Security number search | Stan Kuligowski | 1/14/05 | |
| 3cd | Issuance log - checks - Mohegan Sun | Graffeo | ~~1/14/05~~ 1/14/05 | |

| Exhibit # | Exhibit Description | Witness | Full Exhibit | Id Exhibit |
|---|---|---|---|---|
| 42B | DOL Documents regarding Name search | Stan Kuligowski | 1/4/05 | |
| 43 | Kevin Carter Driver's License | DMV Representative, Inspector Dave Lillis | 1/13/05 | |
| 44 | Summary Chart for Foxwoods Casino | Joe Perry | 1/4/05 | |
| 45 | Summary Chart for Mohegan Sun Casino | Henry Graffeo | 1/4/05 | |
| 46 | Plastic Evidence Bag | Aniolowski | ← 1/13/05 | 1/13/05 |
| 42c | Subpoena | Kuligowski | | 1/4/05 |
| 42d | Memo 7/8/03 to dept of Labor | Kuligowski | | 1/4/05 |