United States District Court

ni States District Court
District of Connecticut
FILED AT     NEW HAVEN
1/18        20 05
Kevin F. Rowe, Clerk
By     B. Roello
Deputy Clerk

—— DISTRICT OF —— CT

USA
v.
Kevin Canter

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:04 Cr174(EBB)

| PRESIDING JUDGE Ellen B. Burns | PLAINTIFF'S ATTORNEY Danaher/Stone | DEFENDANT'S ATTORNEY Pattis |
|---|---|---|
| TRIAL DATE(S) 1/12/05 - 1/21/05 | COURT REPORTER Falzarano | COURTROOM DEPUTY M. Rudicco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 1/18/05 | | | Sara Canter, Windsor, CT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |