3:04 cr 174 (EBB)
United States v. Kevin Carter

United States District Court
District of Connecticut
FILED AT NEW HAVEN
1/18 20 05
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

Gov't
## WITNESS LIST

Wednesday - 1/12/05

| | | |
|---|---|---|
| 1/12/05 | 1. | Jean Zell — W. Hartford, CT |
| 1/12/05 | 2. | Michael Turgeon — Newington, CT |
| 1/12/05 | 3. | Vito Sagbay — Bristol, CT |
| 1/12/05 | 4. | Richard A. McGarvey — Springfield, MA |
| 1/12/05 | 5. | Deb Levin — Wilbraham, ~~Overhouse~~, MA |
| | 6. | Ken Emery |
| 1/12/05 | 7. | Darlene Lemnah — Westmoreland, MA |
| 1/13/05 | 8. | Tim Casey — Avon, CT |
| 1/13/05 | 9. | Rich Aniolowski — CT |
| 1/13/05 | 10. | Robert ~~Rick~~ Moylan — W. Hartford, CT |
| 1/13/05 | 11. | Scott McGregor — Windsor, CT |
| 1/13/05 | 12. | James Hartman — Hartford, CT |

Thursday - 1/13/05

| | | |
|---|---|---|
| 1/13/05 | 13. | Gary Kakoriev — New York |
| 1/14/05 | 14. | Chris Grice — Meriden, CT |
| 1/14/05 | 15. | Charles Devorce — Corrigan Correctional |
| | 16. | Eric Tyrell |
| | 17. | Michael Gosline |

1

| Date | # | Name | Location |
|---|---|---|---|
| 1/13/05 | 18. | Jean M. McGran | New Haven, CT |
| 1/13/05 | 19. | Eric Schwab | Bristol, CT |
| 1/13/05 | 20. | Terry FitzGerald | PA |
| 1/13/05 | 21. | Vincent Diamond | New York |
| 1/13/05 | 22. | Dyan Henn | |
| 1/14/05 | 23. | ~~Mario Hernandez (if Thursday)~~ Jacqueline Lopez (if Friday) | Jackson Heights, NY |
| | 24. | Christian Iber | |
| 1/13/05 | 25. | Mart~~y~~ Roy in Tiefenbrunn | Missouri |

Friday/Tuesday/Wednesday - 1/14/05; 1/17/05; 1/18/05

| Date | # | Name | Location |
|---|---|---|---|
| 1/14/05 | 26. | Peter A. Smith | Stafford, VA |
| 1/13/05 | 27. | Dave Lillis | Wethersfield, CT |
| 1/13/05 | 28. | Karen Giusto | Torrington, CT |
| | 29. | Margaret Stecko | |
| 1/14/05 | 30. | Stan Kuligowski | Wethersfield, CT |
| 1/14/05 | 31. | Mary ~~Ann~~ Aversano | New Britain, CT |
| 1/14/05 | 32. | ~~Jeff DeClerk or~~ Joe Perry | CT |
| 1/14/05 | 33. | Henry Graffeo | CT |
| 1/18/05 | 34. | Chris McKee | CT Windsor |
| 1/13/05 | 35. | Frank Fallon | W. Hartford, CT |
| 1/13/05 | 36. | William Aldenberg | New Haven, CT |

2