AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

FILED 2005 JAN 21 P 4:24

USA v. Carter

EXHIBIT AND WITNESS LIST
U.S. DISTRICT COURT
NEW HAVEN CT

CASE NUMBER: 3:04cr174(EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Daugher/Stone | Pattis |
| TRIAL DATE(S) Court 1/12/05 - | COURT REPORTER Falzarano | COURTROOM DEPUTY M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/19/05 | | | Note from Jury re: clothing |
| 2 | | 1/20/05 | | | Note from Jury re: gun |
| 3 | | 1/20/05 | | | Note from Jury re: doubt |
| 4 | | 1/20/05 | | | Response from Court re: doubt |
| 5 | | 1/13/05 | | | Statement Court read to jury 1/13/05 |
| 6 | | 1/20/05 | | | Note from Jury re: testimony |
| 7 | | 1/21/05 | | | Note from Jury re: Count 2 |
| 8 | | 1/21/05 | | | Note from Jury re: Count 3 |
| 9 | | 1/21/05 | | | Response from Court re: Ct 2 + 3 |
| 10 | | 1/21/05 | | | Note from Jury re: gun |
| 11 | | 1/21/05 | | | Note from Jury re: verdict. |